55 A.3d 63

IN THE MATTER OF STUART DAVID FELSEN, AN ATTORNEY
AT LAW (ATTORNEY NO. 014521993).

November 5, 2012.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–119, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f)(default by respondent), that **STUART DAVID FELSEN** of **CEDAR KNOLLS**, who was admitted to the bar of this State in 1993, should be censured for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3(lack of diligence), and *RPC* 1.4(c)(failure to explain a matter to the extent reasonably necessary for the client to make informed decisions about the representation), and good cause appearing;

It is ORDERED that **STUART DAVID FELSEN** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.